**FILED**

SEP 2 4 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GARY MILLIGAN,

    Petitioner,

v.                                          Civil Action No. 3:07CV78

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

On this day came the Respondent, and moved the Court to extend the time within which the Respondent be required to answer or otherwise plead herein, and it appearing to the Court that good cause exists for said motion, it is hereby

**ORDERED** that the time within which the Respondent may answer or otherwise move is hereby extended and enlarged up to and including October 26, 2007.

DATE: _September 21, 2007_

                                                                UNITED STATES MAGISTRATE JUDGE