IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GARY MILLIGAN,**

       Plaintiff,

v.                                     Civil Action No. 3:07cv78
                                    (Judge Bailey)

**UNITED STATES OF AMERICA,**

       Defendant.

## ORDER GRANTING EXTENSION OF TIME

For good cause shown, the plaintiff's Motion for Enlargement of Time (dckt. 15) is **GRANTED**. Plaintiff shall have until **January 3, 2008**, to file his reply to the defendants' Motion to Dismiss or for Summary Judgment.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: November 27, 2007.


/s *John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE